UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:21-mj-00217-JCN |
| | ) | |
| KIRILL NOVIKOV, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF TEMPORARY DETENTION

Defendant appeared before this Court by videoconference on August 30, 2021, for an initial appearance on a complaint. Pursuant to 18 U.S.C. § 3142, the Government moved for detention pending trial. Defendant requested a hearing on the motion. Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on September 1, 2021, at a time to be determined, for further consideration of release or detention pursuant to statute and to consider any other matters ordered by this Court.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 30th day of August, 2021.